IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00987-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMES M. JOYNER,

    Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
PAM PLOUGH, Warden, Skyline Correctional Facility,

    Respondents.

___

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

___

James M. Joyner is in the custody of the Colorado Department of Corrections and is incarcerated at the Skyline Correctional Center in Canón City, Colorado. He initiated this action on May 8, 2015 by filing a "Petition for Writ of Habeas Corpus Pursuant to C.R.S. 13-45-101" (ECF No. 1). Mr. Joyner challenges the execution of his sentence. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Any papers that Mr. Joyner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   _X_   is missing certificate showing current balance in prison account

(5) __   is missing required financial information
(6) __   is missing authorization to calculate and disburse filing fee payments
(7) __   is missing an original signature by the prisoner
(8) __   is not on proper form
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other: Mr. Joyner may pay the $5.00 filing fee in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:

(11) __   is not submitted
(12) _X_   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that Mr. Joyner cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Joyner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Joyner shall obtain copies of the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, along with the applicable instructions, at www.cod.uscourts.gov. Mr. Joyner must use the Court-approved forms when curing the deficiencies. It is

FURTHER ORDERED that, if Mr. Joyner fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without

further notice.

DATED May 11, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Gordon P. Gallagher
                                        United States Magistrate Judge